UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 02/08/2023
TIME: 1:00 PM
☐ SEALED PROCEEDING

## CRIMINAL CAUSE FOR ARRAIGNMENT ON INDICTMENT
### CASE & DOCKET No.: 2:23-cr-00053-GRB-JMW-USA v. Jaquan Hill

**FILED CLERK**
3:55 pm, Feb 08, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT:** Jaquan Hill   DEF. # 1
☒ Present   ☐ Not Present   ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL:** Joseph F. Kilada
☐ Federal Defender   ☒ CJA   ☐ Retained

**A.U.S.A.:** Andrew Patrick Wenzel

INTERPRETER: ()

PRETRIAL OFFICER: Corinne Carroll

FTR LOG : 1:06-1:17   MAGISTRATE DEPUTY: DJF

☒ Case called   ☒ Counsel for all sides present

☒ CJA Counsel, Joseph F. Kilada, is appointed as Counsel for Defendant.

☒ Counsel for the Defense and Government has been advised of the Brady v. Maryland Rule 5(f) obligations as stated on the record.

☒ Initial Appearance and Arraignment held on the Indictment.

☒ Defendant arraigned and informed of his rights.

☒ Defendant waives a public reading of the Indictment.

☒ Defendant enters a plea of Not Guilty to the Indictment.

☒ Waiver of Speedy Trial executed; time excluded from 02/08/2023 through 03/23/2023.

☐ Order Setting Conditions of Release and Bond continued.

☒ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

   ☐ Detention Hearing scheduled for:

- ☐ Bail Hearing held. Disposition:

- ☒ Next Court appearance scheduled for  March 23, 2023 at 11:00 AM before Judge Gary R. Brown in Courtroom 940.

- ☒  Defendant:  ☒ Continued in Custody
  - ☐ Bail Set/Continued

OTHER:  Government files a motion to unseal the case, Order to Unseal is granted as stated on the record. Government files a detention letter which is marked as Court Exhibit 1.  Permanent Order of Detention is entered with leave for Defendant to present a bail package.  Order of Referral executed.